**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-1447**

───────────────

LEROY M. THURSTON, JR.,

Plaintiff - Appellant,

versus

CATHY COLLINS, Manager, Central Virginia
Newspaper,

Defendant - Appellee.

───────────────

**No. 02-1448**

───────────────

LEROY M. THURSTON, JR.,

Plaintiff - Appellant,

versus

CALVIN JACKSON,

Defendant - Appellee.

───────────────

**No. 02-1449**

───────────────

LEROY M. THURSTON, JR.,

Plaintiff - Appellant,

                versus


THOMAS ROBERTS,

                                    Defendant - Appellee.

                        _____

Appeals from the United States District Court for the Western
District of Virginia, at Charlottesville.  Norman K. Moon, District
Judge.  (CA-02-14-3, CA-02-15-3, CA-02-16-3)

                        _____

Submitted:  July 18, 2002              Decided:  July 23, 2002

                        _____

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

                        _____

Dismissed by unpublished per curiam opinion.

                        _____

Leroy M. Thurston, Jr., Appellant Pro Se.

                        _____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leroy M. Thurston, Jr. seeks to appeal the district court's orders dismissing his civil actions for lack of jurisdiction. We dismiss the appeals for lack of jurisdiction because Thurston's notices of appeal were not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's orders were entered on the docket on February 11, 2002. Thurston's notices of appeal were filed on April 9, 2002. Because Thurston failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3